Case 16-24835-TPA    Doc 25    Filed 02/09/17    Entered 02/09/17 13:55:28    Desc Main
Document      Page 1 of 1

FILED
2/9/17 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-24835-TPA |
| | : | Chapter: 13 |
| Paul A. Novak | : | |
| | : | |
| | : | Date: 2/8/2017 |
| *Debtor(s)*. | : | Time: 11:30 |

## PROCEEDING MEMO

*MATTER:*    #5 Expedited Motion to Extend Automatic Stay
　　　　　　　　#15 CNO filed

*APPEARANCES*:
　　　　Debtor:　　Paul W. McElrath
　　　　Trustee:　　Richard Bedford

*NOTES:*

*OUTCOME:*  GRANTED / OE

jlm