FILED
2/9/17 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 16-24835-TPA |
| | : | |
| PAUL A. NOVAK, | : | CHAPTER 13 |
|     DEBTOR | : | |
| | : | RELATED TO DOCUMENT NO. 5 |
| PAUL A. NOVAK, | : | |
|     MOVANT | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| AMERICAN INFOSOURCE, | : | |
| BOROUGH OF WHITEHALL, | : | |
| DUQUESNE LIGHT CO., | : | |
| FIRST ASSOCIATES LOAN, | : | |
| KML, | : | |
| PA AMERICAN WATER, | : | |
| PORTFOLIO RECOVERY, | : | |
| SANTANDER CONSUMER, | : | |
| SELECT PORTFOLIO, | : | |
|     RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     ADDITIONAL | : | |
|     RESPONDENT | : | |

## ORDER

AND NOW, on this __8th__ day of __February__, 2017, upon consideration of the pending Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

BY THE COURT,

Thomas P. Agresti
United States Bankruptcy Judge

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

In re:                                                                    Case No. 16-24835-TPA
Paul A. Novak                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr              Page 1 of 1              Date Rcvd: Feb 09, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db              +Paul A. Novak,   5148 Baptist Road,   Pittsburgh, PA 15236-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates,
               Series 2004-1 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Paul A. Novak ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5