**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 16–24835–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Paul A. Novak
   5148 Baptist Road
   Pittsburgh, PA 15236

Social Security No.:
   xxx–xx–8145

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210<br>Telephone number: 412–765–3606 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412–471–5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>April 3, 2017<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>April 3, 2017<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 3/1/17

BY THE COURT

Thomas P. Agresti
Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 16-24835-TPA
Paul A. Novak                                                           Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: gamr                   Page 1 of 2                  Date Rcvd: Mar 01, 2017
                               Form ID: rsc                 Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2017.
db             +Paul A. Novak,    5148 Baptist Road,    Pittsburgh, PA 15236-1720
14343658       +Borough of Whitehall,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14356189       +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
14356192       +Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14343660       +First Associates Loan Servicing, LLC,    P.O. Box 503430,    San Diego, CA 92150-3430
14356195       +G C Services,    6330 Gulfton St Ste 400,    Houston, TX 77081-1108
14356196       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14356197       +Jordan Tax Service, Inc.,    102 Rahway Road,    Canonsburg, PA 15317-3349
14343661       +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14356199       +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
14343664       +Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
14356203       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14343665       +Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14356205       +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
14356208       +Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2017 02:13:40      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 02 2017 02:19:51
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 P.O. Box 165028,    Irving, TX   75016,    UNITED STATES 75016-5028
14343657        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2017 02:37:21      American Info Source Lp,
                 Post Office Box 248848,    Oklahoma City, OK 73124-8848
14356191       +E-mail/Text: creditonebknotifications@resurgent.com Mar 02 2017 02:13:06      Credit One Bank Na,
                 Po Box 98872,    Las Vegas, NV 89193-8872
14343659       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Mar 02 2017 02:14:40      Duquesne Light Company,
                 c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                 707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14343662       +E-mail/Text: csc.bankruptcy@amwater.com Mar 02 2017 02:14:35      PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
14343663        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2017 02:38:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
14356202       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2017 02:21:05      PYOD LLC,
                 C/O Resurgnet Capital,    PO Box 19008,    Greenville, SC 29602-9008
14353609       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2017 02:20:00
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,   Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
14356206       +E-mail/Text: appebnmailbox@sprint.com Mar 02 2017 02:13:46      Sprint,   Customer Service,
                 P.O. Box 8077,    London, KY 40742-8077
14356207       +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2017 02:19:47      Syncb/jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Duquesne Light Company
14356186*       American Info Source Lp,    Post Office Box 248848,   Oklahoma City, OK 73124-8848
14356187*      +Borough of Whitehall,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14356193*      +Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,   Bernstein Law Firm, P.C.,
                 707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14356194*      +First Associates Loan Servicing, LLC,    P.O. Box 503430,   San Diego, CA 92150-3430
14356198*      +KML,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14356200*      +PA American Water,    PO Box 578,   Alton, IL 62002-0578
14356201*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541)
14356204*      +Select Portfolio Servicing,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
14356188      ##+Capital One,   Po Box 5253,    Carol Stream, IL 60197-5253
14356190      ##+Condor Captl,    165 Oser Av,   Hauppauge, NY 11788-3710
                                                                                   TOTALS: 2, * 8, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: gamr              Page 2 of 2                   Date Rcvd: Mar 01, 2017
                               Form ID: rsc            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2017 at the address(es) listed below:

```
          James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates,
           Series 2004-1 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Paul A. Novak ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```