IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Paul A. Novak<br>　　　　　　Debtor(s) | 16-24835 TPA<br><br>Chapter 13 Proceeding |
| Citizens Bank of Pennsylvania<br>　　　　　　Movant(s)<br>v. | Related to Document No.<br><br>Response Date: 4/20/2017 |
| Paul A. Novak<br>Ronda J. Winnecour, Esquire<br>　　　　　　Respondent(s) | Hearing Date & Time: 5/24/2017<br>@ 10:30 am |

**NOTICE OF HEARING WITH
RESPONSE DEADLINE ON MOTION OF
CITIZENS BANK OF PENNSYLVANIA FOR RELIEF**

TO THE RESPONDANT(S):

　　　You are hereby notified that the above Movant seeks an order affecting your rights or property.

　　　You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than April 20, 2017, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, Movant may be granted by the Court by default without a hearing.

　　　You should take this to your lawyer at once.

      A hearing will be held on May 24, 2017 at 10:30 am before Judge Thomas P. Agresti in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a response.

Date of service: April 3, 2017

                        /s/ Mary F. Kennedy
                        Attorney ID # 77149
                        1310 Industrial Blvd
                        1st Floor, Ste 101
                        Southampton, PA 18966
                        Phone: (215)942-9690
                        mary@javardianlaw.com
                        Attorney for Movant: Citizens Bank of Pennsylvania