IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Paul A. Novak<br>　　　　　　Debtor(s) | 16-24835 TPA<br><br>Chapter 13 Proceeding |
| Citizens Bank of Pennsylvania<br>　　　　　　Movant(s)<br>v. | Related to Document No.<br><br>Response Date: 4/20/2017 |
| Paul A. Novak<br>Ronda J. Winnecour, Esquire<br>　　　　　　Respondent(s) | Hearing Date & Time: 5/24/2017<br>@ 10:30 am |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on April 3, 2017.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was : <u>service by electronic notification and first class U.S. mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the types of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Service via electronic notification:

| | |
|---|---|
| Paul W. McElrath, Jr., Esquire<br>ecf@mcelrathlaw.com<br>Debtor(s) Attorney | Ronda J. Winnecour, Esquire<br>cmecf@chapter13trusteewdpa.com<br>Trustee |

Service via first class U.S. mail:

Paul A. Novak
5148 Baptist Road
Pittsburgh, PA 15236
Debtor(s)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Executed on: April 3, 2017

LAW OFFICE OF GREGORY JAVARDIAN, LLC

By: /s/ Mary F. Kennedy, Esquire
Attorney ID # 77149
1310 Industrial Blvd
1st Floor, Ste 101
Southampton, PA 18966
Phone: (215)942-9690
mary@javardianlaw.com