FILED
4/25/17 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Paul A. Novak<br>　　　　　　Debtor(s) | 16-24835 TPA<br><br>Chapter 13 Proceeding |
| Citizens Bank of Pennsylvania<br>　　　　　　Movant(s)<br>v.<br><br>Paul A. Novak<br>Ronda J. Winnecour, Esquire<br>　　　　　　Respondent(s) | Related to Document No. 33<br><br>Response Date: 4/20/2017<br><br>Hearing Date & Time: 5/24/2017<br>@ 10:30 am |

## ORDER

　　AND NOW, this 25th day of April, 2017, it is hereby ORDERED AND DECREED that the automatic stay is modified to permit, Citizens Bank of Pennsylvania and/or its successors and assigns to proceed with foreclosure on the property located in 38 Clearview Avenue, Duquesne, PA 15110, and obtain all other Relief available under the Non-Bankruptcy law.

　　It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

BY THE COURT:

_/s/ Thomas P. Agresti_
United States Bankruptcy Judge
Thomas P. Agresti

jlm

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

Paul W, McElrath, Jr., Esquire
Attorney for Debtor(s)

Ronda J. Winnecour, Esquire
Trustee

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                        Case No. 16-24835-TPA
Paul A. Novak                                                                 Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: gamr                   Page 1 of 1                  Date Rcvd: Apr 25, 2017
                               Form ID: pdf900              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db             +Paul A. Novak,    5148 Baptist Road,    Pittsburgh, PA 15236-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates,
               Series 2004-1 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
               cnoroski@grblaw.com
              Mary F. Kennedy    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Paul A. Novak ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7
```