# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | PAUL A. NOVAK |
| Case Number: | 16-24835-TPA    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 27, 2017  11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#19 - Final Confirmation of Plan Dated 1/27/17 NFC
    +Objections By: Deutsche Bank
R / M #:  19 / 0

### *Appearances:*

Debtor: Freitag
Trustee: Winnecour / **Bedford** / Pail / Katz
Creditor: Warmbrodt — Deutsche Bank.

### *Proceedings:*

No pmts since April –

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 8-16-17 at 12:30.
10. ____ Other:

**FILED**

JUL 27 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

7/17/2017  12:28:17PM