Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Paul A. Novak** | : | Case No. 16−24835−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Per August 16, 2017 proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **18th day of August, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-24835-TPA
Paul A. Novak                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jmar            Page 1 of 2            Date Rcvd: Aug 18, 2017
                            Form ID: 309          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
```
db              +Paul A. Novak,    5148 Baptist Road,    Pittsburgh, PA 15236-1720
cr              +Borough of Whitehall,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                  Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
14387235        +Borough of Whitehall,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                  437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14343658        +Borough of Whitehall,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
14356189        +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
14356192        +Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                  Salt Lake City, UT 84165-0250
14635183         Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,    Salt Lake City, UT 84165-0250
14343660        +First Associates Loan Servicing, LLC,    P.O. Box 503430,    San Diego, CA 92150-3430
14422374         First Associates Loan Servicing, LLC,    for Condor Holdco Securitization Trust,    PO Box 503430,
                  San Diego, CA 92150-3430
14356195        +G C Services,    6330 Gulfton St Ste 400,    Houston, TX 77081-1108
14356197        +Jordan Tax Service, Inc.,    102 Rahway Road,    Canonsburg, PA 15317-3349
14343661        +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14356199        +Onemain Fi,    Po Box 499,    Hanover, MD 21076-0499
14343665        +Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14356205        +Select Portfolio Svcin,    Po Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: AISACG.COM Aug 19 2017 01:03:00      Capital One Auto Finance, a division of Capital On,
                  c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX  75016,
                  UNITED STATES 75016-5028
14343657         EDI: AIS.COM Aug 19 2017 01:03:00      American Info Source Lp,    Post Office Box 248848,
                  Oklahoma City, OK 73124-8848
14401688         EDI: AIS.COM Aug 19 2017 01:03:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
14356188        +EDI: CAPITALONE.COM Aug 19 2017 01:03:00      Capital One,    Po Box 5253,
                  Carol Stream, IL 60197-5253
14356191        +EDI: RCSFNBMARIN.COM Aug 19 2017 01:03:00      Credit One Bank Na,    Po Box 98872,
                  Las Vegas, NV 89193-8872
14422989        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 19 2017 01:07:23      Duquesne Light Company,
                  c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                  Pittsburgh, PA 15219-1945
14343659        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 19 2017 01:07:23      Duquesne Light Company,
                  c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                  707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14356196        +EDI: PHINAMERI.COM Aug 19 2017 01:03:00      Gm Financial,    Po Box 181145,
                  Arlington, TX 76096-1145
14343662        +E-mail/Text: csc.bankruptcy@amwater.com Aug 19 2017 01:07:19      PA American Water,
                  PO Box 578,    Alton, IL 62002-0578
14343663         EDI: PRA.COM Aug 19 2017 01:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk, VA 23541
14356202        +EDI: RESURGENT.COM Aug 19 2017 01:03:00      PYOD LLC,    C/O Resurgnet Capital,    PO Box 19008,
                  Greenville, SC 29602-9008
14353609        +EDI: RESURGENT.COM Aug 19 2017 01:03:00      PYOD, LLC its successors and assigns as assignee,
                  of FNBM, LLC,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
14343664        +EDI: DRIV.COM Aug 19 2017 01:03:00      Santander Consumer USA,    P.O. Box 560284,
                  Dallas, TX 75356-0284
14356203        +EDI: DRIV.COM Aug 19 2017 01:03:00      Santander Consumer Usa,    Po Box 961245,
                  Ft Worth, TX 76161-0244
14356206        +EDI: NEXTEL.COM Aug 19 2017 01:03:00      Sprint,    Customer Service,    P.O. Box 8077,
                  London, KY 40742-8077
14356207        +EDI: RMSC.COM Aug 19 2017 01:03:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14356208        +EDI: VERIZONEAST.COM Aug 19 2017 01:03:00      Verizon,    500 Technology Drive Suite 30,
                  Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 17

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Citizens Bank of Pennsylvania
cr                Deutsche Bank National Trust Company, as Trustee,
cr                Duquesne Light Company
14356186*         American Info Source Lp,    Post Office Box 248848,    Oklahoma City, OK 73124-8848
14356187*        +Borough of Whitehall,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                  Pittsburgh, PA 15219-6101
14356193*        +Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
                  707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
14356194*        +First Associates Loan Servicing, LLC,    P.O. Box 503430,    San Diego, CA 92150-3430
14356198*        +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14356200*        +PA American Water,    PO Box 578,    Alton, IL 62002-0578
```

```
District/off: 0315-2          User: jmar                 Page 2 of 2                  Date Rcvd: Aug 18, 2017
                              Form ID: 309               Total Noticed: 32


             ***** BYPASSED RECIPIENTS (continued) *****
14356201*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,
                   Norfolk, VA 23541)
14356204*       +Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14356190       ##+Condor Captl,    165 Oser Av,    Hauppauge, NY 11788-3710
                                                                                              TOTALS: 3, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates,
               Series 2004-1 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
               cnoroski@grblaw.com
              Mary F. Kennedy    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Paul A. Novak ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```