Case 16-24835-TPA    Doc 55    Filed 08/20/17    Entered 08/21/17 00:47:02    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
8/18/17 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| PAUL A. NOVAK,<br>*Debtor.* | : | Case No. 16-24835-TPA |
| DEUTSCHE BANK NATIONAL TRUST COMPANY and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE<br>*Movants,* | : | Chapter 13<br>Related to Doc. Nos. 19, 49 and 50. |
| v. | : | |
| PAUL A. NOVAK.<br>*Respondent.* | : | |

### ORDER

On August 16, 2017 a hearing was held on the Debtor's Contested *Chapter 13 Plan*. at Document No. 19. The Debtor has not made payments to the Plan since April, 2017. The Debtor presented no defense for the missed payments. As a result, the Trustee made an oral *Motion to Dismiss* the case *without prejudice*. Therefore,

*AND NOW*, this *17th* day of *August, 2017*, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Trustee's oral *Motion to Dismiss without prejudice* is **GRANTED**.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor
    David Valencik, Esq.
    Ronda Winnecour, Esq.
    James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Paul A. Novak  
    Debtor

Case No. 16-24835-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jmar     Page 1 of 1     Date Rcvd: Aug 18, 2017  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.  
db         +Paul A. Novak,    5148 Baptist Road,    Pittsburgh, PA 15236-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:
           James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2004-1, Asset-Backed Certificates, Series 2004-1 bkgroup@kmllawgroup.com  
           Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com, cnoroski@grblaw.com  
           Mary F. Kennedy    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Paul W. McElrath, Jr.    on behalf of Debtor Paul A. Novak ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                          TOTAL: 7