**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PAUL A. NOVAK

Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:16-24835 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/31/2016 and confirmed on 04/11/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,496.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,496.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,061.30 | |
|    Trustee Fee | 155.57 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,216.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 1,419.71 | 0.00 | 1,419.71 |
|     Acct: 1909 | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T | 32,638.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 1909 | | | | |
|   WHITEHALL BOROUGH (SWG) | 1,014.96 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
|   WHITEHALL BOROUGH (SWG) | 494.51 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
|   BOROUGH OF WHITEHALL (MUN SVC) | 192.00 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
|   BOROUGH OF WHITEHALL (MUN SVC) | 55.74 | 0.00 | 0.00 | 0.00 |
|     Acct: S186 | | | | |
|   SANTANDER CONSUMER USA** | 21,797.66 | 396.22 | 463.20 | 859.42 |
|     Acct: 1987 | | | | |
| | | | | 2,279.13 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PAUL A. NOVAK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,500.00 | 1,061.30 | 0.00 | 0.00 |
|   Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 351.81 | 0.00 | 0.00 | 0.00 |
|   Acct: 0001 | | | | |
| CAPITAL ONE(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8154 | | | | |
| CHASE MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1302 | | | | |
| CONDOR CAPITAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 9256 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ASCENSION CAPITAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PYOD LLC - ASSIGNEE | 351.74 | 0.00 | 0.00 | 0.00 |
|   Acct: 8064 | | | | |
| DEUTSCHE BANK NATNL TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DUQUESNE LIGHT COMPANY\* | 2,209.89 | 0.00 | 0.00 | 0.00 |
|   Acct: 8145 | | | | |
| FIRST ASSOCIATES LOAN SERVICING LLC | 6,447.83 | 0.00 | 0.00 | 0.00 |
|   Acct: 8145 | | | | |
| GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3276 | | | | |
| GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4351 | | | | |
| JORDAN TAX SERVICE INC\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KML LAW GROUP PC\* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 4,593.83 | 0.00 | 0.00 | 0.00 |
|   Acct: 6579 | | | | |
| PENNSYLVANIA-AMERICAN WTR CO\* | 958.50 | 0.00 | 0.00 | 0.00 |
|   Acct: 2679 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SELECT PORTFOLIO SERVICING INC(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1909 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2718 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SPRINT CORP(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 2,279.13 |
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 56,193.80 |
| UNSECURED | 14.913.60 |

Date: 09/19/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com